IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. ~~10-139-CB~~ 10-187-KD-M |
| v. | * | |
| | * | |
| LA TONIA EVANS | * | |

## FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, on August 20, 2010 a Plea Agreement was entered between the Defendant, **LA TONIA EVANS**, and the United States, which provided a plea of guilty to Counts Eight and Nine of the indictment. As a condition of her guilty plea, the defendant, **LA TONIA EVANS** confessed to forfeit all of her right, title and interest in the property as set forth in the forfeiture allegation of the indictment and the plea agreement and which is forfeitable to the United States pursuant to Title 21 United States Code, Section 853. Pursuant to the Plea Agreement, Defendant, **LA TONIA EVANS**, agreed to and confessed to forfeit the following property:

(1) **$400.00 in United States currency; and**

(2) **One .32 caliber revolver, serial number 71892 and ammunition, all seized from the defendant's residence during the execution of a search warrant on June 15, 2010.**

**WHEREAS**, The United States properly published notice of the forfeiture of the above described property and the requirements for filing a claim for the property for 30 consecutive days starting April 6, 2011, on www.forfeiture.gov. (Ad # 111885). A Proof of Publication was filed on May 11, 2011, (Doc. 547), specifying the details of this publication. No third-parties

have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C, § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to The United States of America pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982(a)(1) and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

(1) **(1) $400.00 in United States currency; and**

(2) **One .32 caliber revolver, serial number 71892 and ammunition, all seized from the defendant's residence during the execution of a search warrant on June 15, 2010.**

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney Michele C. O'Brien.

DONE AND ORDERED this 14th day of June, 2011.

KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE